UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA LOPEZ-RODRIGUEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>KERN MEDICAL SURGERY CENTER, LLC , et al.,<br><br>         Defendants. | Case No.:  1:20-cv-01187-NONE-JLT<br><br>**[PROPOSED] ORDER RE: STIPULATION REGARDING THE FILING OF A SECOND AMENDED COMPLAINT**<br><br>(Doc. 4) |

Maria Elena Lopez-Rodriguez and Kern Medical Surgery Center, LLC, Kern Medical Center Foundation, Kern Medical Center, Kern County Hospital Authority, and Marie Ruffin ("Moving Defendants"), stipulate that the plaintiff may file a second amended complaint. (Doc. 4) Good cause appearing, the Court approves the parties' request and **ORDERS**:

1. Plaintiff may file a Second Amended Complaint no later than **September 8, 2020**;
2. Moving Defendants may file a response to the Second Amended Complaint no later than **September 22, 2020**.

IT IS SO ORDERED.

   Dated:   **August 27, 2020**              /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE