UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA LOPEZ-RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KERN MEDICAL SURGERY CENTER, LLC, et al.,<br><br>  Defendants. | Case No.: 1:20-cv-01187 NONE JLT<br><br>ORDER TO MICHAEL ZELMAN AND TAYLOR PRAINITO TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR PRACTICE IN THIS COURT WITHOUT FIRST SEEKING ADMISSION |

After this action was removed to this Court, the Clerk of Court notified attorneys Michael Zelman and Taylor Prainito that they must seek admission to this Court. (Doc. 2) Despite the passage of three months, neither attorney has sought to be admitted. Despite this, they have continued to file documents (*See* Docs. 10, 11). Thus, the Court **ORDERS**:

1. **Within seven days**, Michael Zelman and Taylor Prainito **SHALL** show cause why sanctions should not be imposed for their practice in this Court without first seeking admission. Alternatively, they may seek admission within seven days. They **SHALL NOT** file any document other than response to this order unless they are first admitted to this Court. **Failure to comply will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: **November 2, 2020**           /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE