UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA LOPEZ-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>KERN MEDICAL SURGERY CENTER, LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-01187-CDB<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND OF REMOVED ACTION**<br><br>(Docs. 58, 59)<br><br>Clerk of Court to Close Case |

Pending before the Court is Plaintiff's motion to remand, filed July 25, 2023, to which Defendants filed a statement of non-opposition (Docs. 58, 59).[1] The Court, having reviewed the motion and statement of non-opposition, and good cause appearing, orders as follows:

1. This action is REMANDED to the Superior Court of the State of California, County of Kern; and

2. The Clerk of Court is DIRECTED to close the case.

IT IS SO ORDERED.

Dated:   **August 10, 2023**                      _____
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The parties consented to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), and the case thereafter was reassigned to the undersigned on May 30, 2023.  (Doc. 52).